# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Case No:** |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **A UNIQUE BOUTIQUE MB, LLC.,** ) | |
| **Defendant.** ) | |
| _____ , ) | |
| ) | |

## COMPLAINT

NOW COMES Plaintiff, the United States of America, by and through undersigned counsel, hereby sets forth its Complaint against the Defendant, A Unique Boutique MB, LLC., and states as follows:

## I.  JURISDICTION AND VENUE

1. This breach of contract action to collect an indebtedness is brought by the United States of America on behalf of the Small Business Administration ('SBA') pursuant to Title 28, United States Code, §1345 and Title 28, United States Code, §3001.

2. The United States Small Business Administration is the assignee and holder of a promissory note that evidences the loan that is the subject of this litigation. The due and owing debt was referred to the US Department of Treasury's Bureau of Fiscal Service for collection in accordance with the Debt Collection Improvement Act of 1996 (31 U.S.C. §3701, et seq.) and ultimately referred to the United States Department of Justice for enforced collection.

3. Defendant, A Unique Boutique MB, LLC., is a business entity located in Horry County, South Carolina within the jurisdiction of this Court and may be served with process at 9736 Chestnut Ridge Drive, Myrtle Beach, South Carolina 29572 to the Registered Agent, Laurie B. Johnston.

## II.     FACTS

4. Paragraphs 1-3 of the Complaint are hereby realleged as if fully rewritten herein.

5. On March 15, 2017, SBA authorized a loan in the amount of $25,000.00 to A Unique Boutique MB, LLC., (SBA), by and through an Administrator, signed the Authorization, which states that SBA guarantees 85% of the SBA loan. A true and accurate copy of the SBA Authorization is attached herein as **Exhibit A.**

6. On March 15, 2017, procured an SBA loan from U.S. Small Business Administration in the amount of $25,000.00. Reoccurring for a total of 10 Years, through its manager, Laurie B. Johnston signed the promissory note for the SBA Loan in which it agreed to repay the loan at a variable rate of interest. A true and accurate copy of the Promissory Note is attached herein as **Exhibit B.**

7. On March 15, 2017, Defendant, Laurie B. Johnston guaranteed the SBA Loan., Laurie B. Johnston, in his individual capacity, signed the Unconditional Guarantee which provides in part that Guarantor unconditionally guarantees payment to Lender of all amounts due and owing under the Note. 'A true and accurate copy of the Unconditional Guarantee is attached herein as **Exhibit C.**

8. On June 1, 2020, Defendant, A Unique Boutique MB, LLC. defaulted on the SBA Loan with a balance due of $19,482.41. A true and accurate copy of the Lender's Transcript of Account is attached herein as **Exhibit D.**

9. After A Unique Boutique MB, LLC. defaulted on the SBA Loan, servicing of the Loan was assigned to the SBA. SBA is currently the holder of the Note entitled to collect the debt. A true and accurate copy of the Assignment and Endorsement is attached herein as **Exhibit E.**

10. After applying all payments and proceeds received, the current balance due and owing on the SBA Loan totals $35,466.71. A true and accurate copy of the Certificate of Indebtedness is attached herein as **Exhibit F.**

### <u>COUNT ONE: BREACH OF CONTRACT- 28 U.S.C. §3001 -</u>
### I.      <u>TRFM14966631</u>

11. Paragraphs 1-10 of the Complaint are hereby realleged as if fully rewritten herein.

12. Defendant, A Unique Boutique MB, LLC. defaulted on the SBA Loan.

13. SBA holds the Note evidencing the due and owing debt under the SBA Loan.

14. Defendant, A Unique Boutique MB, LLC., as the guarantor on the SBA Loan owes the United States of America the sum of $35,466.71, which includes the pre-collection principal balance of $19,482.41, plus statutory fees and costs in the amount of $9,404.05 and interest through June 18, 2025, in the amount of **<u>$6,580.25</u>**. *See Certificate of Indebtedness.*

15. Following the entry of judgment, the United States respectfully requests judgment interest at the statutory rate in accordance with Title 28 United States Code, §1961.

16. Pursuant to Title 28, United States Code, §2412 (a) (2), the United States respectfully requests an amount equal to the filing fee prescribed in Title 28, United States Code, §1914 (a).

17. Pursuant to the terms of the Note, the United States respectfully requests reasonable attorney's fees and costs. *See Note,* at ¶6 (b), ("Without notice and without Borrower's consent, Lender may: Incur expenses to collect amounts due under this Note, enforce the terms of this Note or any other Loan Document, and preserve or dispose of the Collateral. Among other things, the expenses may include payments for property taxes, prior liens, insurance, appraisals, environmental remediation costs, and **reasonable attorney's fees and costs.** If Lender incurs such expenses, it may demand immediate repayment from Borrower **or add the expenses to the principal balance**.") , [Emphasis added].

WHEREFORE, Plaintiff, the United States of America, on behalf of the Small Business Administration, respectfully prays for relief as follows:

   a. Damages for the SBA Loan in the amount of **$35,466.71**.

   b. Statutory post-judgment interest pursuant to 28 U.S.C. § 3717(a).

   c. An amount equal to the filing fee prescribed in 28 U.S.C. §1914 (a) pursuant to 28 U.S.C. §2412 (a) (2).

   d. Any additional attorney's fees and costs incurred in this action; and

   e. For such other relief as the Court deems just and proper.

Date: May 29, 2026.                    Respectfully submitted,

By: /s/ Eric Hale, Esq.
Eric Hale (Fed. Bar #9404)
On behalf of Schuerger Law Group
1044 Wildwood Centre Drive
Columbia, SC 29229
(803) 726-3558 - Tel.
Email: eric.hale@clarksonlawllc.com
Copies to: efiling@schuergerlaw.com
*Attorney for Plaintiff United States of America*